IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| UNITED STATES OF AMERICA | ) |
| v. | ) Case No. 12-cr-19-bbc |
| ROBERT A. ERNSTES, | ) |
| Defendant. | ) |

The defendant Robert Ernstes was sentenced in this Court on June 13, 2012. Because the amount of restitution had not been determined, a hearing was set for September 5, 2012.

The government and the defendant have stipulated to an amount of $250 in restitution owing to the victims as set forth in the Third Addendum to the Presentence Report.

ORDER

IT IS ORDERED that the defendant pay $250 in restitution to the victims set forth in the Third Addendum to the Presentence Report. This amount is due payable immediately to the Clerk of Court for the Western District of Wisconsin for disbursement to the victims.

The defendant does not have the economic resources to allow for payment of the full amount of restitution at this time. Nominal payments of a minimum of $50 per month are to commence within 30 days of his release from custody pursuant to 18 U.S.C. § 3664(f)(3)(B).

No interest is to accrue on the unpaid portion of the restitution.

Entered this 10th day of September.

> BY THE COURT,
>
> *Barbara B. Crabb*
> BARBARA B. CRABB
> U.S. District Judge

2